# Third District Court of Appeal

## State of Florida

Opinion filed March 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2511
Lower Tribunal No. F96-12914
_____

**Steven Gamble,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Steven Gamble, in proper person.

James Uthmeier, Attorney General, and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before SCALES, C.J., and LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Steinhorst v. State</u>, 636 So. 2d 498, 500 (Fla. 1994) ("By its own terms, rule 1.540 applies only to civil causes, not to collateral claims associated with a criminal conviction."); <u>Bryant v. State</u>, 971 So. 2d 818, 819 (Fla. 3d DCA 2007) ("The defendant was incorrect to file a motion under Rule 1.540 . . . . When such a motion is filed, it is to be treated as if it had been filed under the correct postconviction rule.").